# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: KEMISHA M. THOMPSON  
2310 MULBERRY  
ROCKFORD, IL  61101

SSN-xxx-xx-7195

Case Number: 05-73124

Case filed on: 6/21/2005  
Plan Confirmed on: 10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,600.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | KEMISHA M. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE 8 INC. | 4,842.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Secured | 4,842.00 | 2,000.00 | 2,000.00 | 0.00 |
| 001 | CHASE 8 INC. | 0.00 | 2,842.00 | 0.79 | 0.00 |
| 002 | ACCOUNTS RECEIVABLE MANAGEMENT | 200.00 | 200.00 | 0.06 | 0.00 |
| 003 | AFFILIATED SURGEONS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS STUDENT ASSISTANCE COMM | 10,676.33 | 10,676.33 | 2.96 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD HEALTH PHYSICIANS | 70.00 | 70.00 | 0.02 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 1,974.80 | 1,974.80 | 0.55 | 0.00 |
| 013 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TDS METROCOM/ROCKFORD 3251 | 487.37 | 487.37 | 0.14 | 0.00 |
| 015 | AFNI/VERIZON | 250.84 | 250.84 | 0.06 | 0.00 |
| 016 | ILLINOIS STUDENT ASSISTANCE COMM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,659.34 | 16,501.34 | 4.58 | 0.00 |
|  | Grand Total: | 19,865.34 | 19,865.34 | 3,368.58 | 0.00 |

Total Paid Claimant:     $3,368.58  
Trustee Allowance:       $231.42  
Percent Paid Unsecured:  0.03

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan